IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| William L. Bailey, Jr.,[1] ) | C/A No.: 1:21-3914-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Kilolo Kijakazi, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, Kilolo Kijakazi, Acting Commissioner of the Social Security Administration ("Commissioner"), by her attorneys, Adair F. Boroughs, United States Attorney for the District of South Carolina, and Theresa A. Casey, Special Assistant United States Attorney for said district, has moved this court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. [ECF No. 25]. The motion represents that Plaintiff's counsel has consulted with Plaintiff, who consents to the motion and agrees to amend Claimant's alleged onset date of disability to December 13, 2016, and to waive any further claim with respect to the period from December 24, 2015 to December 12, 2016. *Id.*

---

[1] Claimant, William L. Bailey, III, passed away on July 24, 2022. [ECF No. 19-2]. Plaintiff, Claimant's father, was subsequently substituted as a party in this case. *See* ECF Nos. 19, 20.

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and given the parties' request for remand, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Upon remand, the Appeals Council shall issue a fully favorable decision finding Claimant disabled beginning December 13, 2016. The Clerk of Court is directed to enter a separate judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

September 23, 2022
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge